## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        **Petitioner,**

v.                                      Case No. 14-MC-63

**DAVID LESAGE,**
        **Respondent.**

## ORDER

The United States has commenced this action to enforce an IRS summons that has been served on the respondent, David Lesage. Because Lesage resides in Green Bay, Wisconsin, **IT IS ORDERED** that this matter is **TRANSFERRED** to the Green Bay division of this court.

Dated at Milwaukee, Wisconsin, this 25th day of October, 2014.

                                        s/ Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge